DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BRANDON VORST,**
Appellant,

v.

**XBK MANAGEMENT LLC** d/b/a **XTREME ACTION PARK,**
Appellee.

No. 4D19-972

[April 9, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol-Lisa Phillips, Judge; L.T. Case No. CACE17-019324.

Blair M. Dickert and Lee G. Cohen of Kanner & Pintaluga, P.A., Boca Raton, for appellant.

Michael J. Pedowitz and Gary F. Baumann of Baumann, Gant, & Keeley, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and KUNTZ, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***